No. 98–55. CAIN, WARDEN *v.* HUMPHREY. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 98–203. NORTH CAROLINA *v.* JACKSON. Sup. Ct. N. C. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 97–1779. RICHARDS ET AL. *v.* LLOYD'S OF LONDON ET AL. C. A. 9th Cir. Motion of North American Securities Administrators Association, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.